447 A.2d 654

Commonwealth v. Mack, Appellant.

Submitted June 13, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

CIRILLO, J., filed a memorandum concurring opinion.